# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VONTRE JAMES,<br><br>            Petitioner,<br><br>   vs.<br><br>D.A. BRAZELTON, et.al.,<br><br>            Respondents. | Case No.:12:-cv-01583-AWI-SAB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF VOIR DIRE TRANSCRIPT |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 30, 2012, Respondent filed an answer to the petition, along with a notice of lodging of the state court records, and the Court received the documents on December 3, 2012.[1]

In Ground Four of the petition, Petitioner raises a Batson/Wheeler[2] challenge contending the prosecutor excused prospective jurors on the basis of race.  The Respondent has submitted a

---

[1] Petitioner's traverse is due on or before February 13, 2013.

[2] Batson v. Kentucky, 476 U.S. 79 (1986); People v. Wheeler, 22 Cal.3d 258 (1978).

copy of the transcript of the voir dire proceedings which are necessary for this Court to properly analyze Petitioner's Batson/Wheeler challenge. Accordingly,

    IT IS HEREBY ORDERED that within **thirty (30)** days from the date of service of this order, Respondent shall submit a complete transcript of the voir dire proceedings.

IT IS SO ORDERED.

    Dated:   **January 17, 2013**                **/s/ Stanley A. Boone**
                                                              UNITED STATES MAGISTRATE JUDGE