# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VONTRE JAMES,<br><br>        Petitioner,<br><br>   vs.<br><br>D.A. BRAZELTON, et.al.,<br><br>        Respondents. | Case No.:12:-cv-01583-AWI-SAB (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO LODGE VOIR DIRE TRANSCRIPTS UNDER SEAL |

    Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 17, 2013, the Court directed Respondent to submit a copy of the voir dire transcripts. The Court received the transcripts on January 23, 2012, and HEREBY DIRECTS the Clerk of Court to lodge the transcripts under seal.

IT IS SO ORDERED.

    Dated:   **January 24, 2013**　　　　　　　　　　**/s/ Stanley A. Boone**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1