UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VONTRE JAMES,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL D. BRAZELTON,<br><br>    Respondent. | Case No.:1:12-cv-01583-AWI-SAB (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION TO STAY THE PROCEEDINGS<br><br>(ECF Nos. 23 & 24 ) |

    Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 30, 2012, Respondent filed an answer to the instant petition for writ of habeas corpus.

    On January 17, 2013, the Court directed Respondent to lodge a copy of the transcript of the voir dire proceedings.  The transcript was lodged with the Court under seal on January 25, 2013.

    After granting Petitioner extensions of time to file a traverse, Petitioner filed a motion to stay the proceedings on June 7, 2013 and June 13, 2013.  On June 13, 2013, Petitioner also filed a motion for leave to file an amended petition, which was lodged by the Court.

    Because Respondent has filed an answer in the instant action and Petitioner has opted to file a motion to stay the proceedings in lieu of a traverse, the Court finds that the interest of justice would be served by Respondent filing a response to Petitioner's motion to stay the proceedings.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty (20)** days from the date of service of this order, Respondent shall file a response to Petitioner's motion to stay the proceedings; and

2. Within **twenty (20)** days from the date Respondent files a response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated: __**July 24, 2013**__          _____
                                        UNITED STATES MAGISTRATE JUDGE